IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **RAMIRO ANTHONY MESA,** INDIVIDUALLY AND AS ADMINISTRATOR OF **THE ESTATE OF YOLANDA MESA**, DECEASED, **MELISSA DAWN HALL** AND **MARISOL MESA**, <br><br>Plaintiffs, <br><br>VS. <br><br>**RAY REYES SOTO** AND **THE CITY OF LEON VALLEY** <br><br>Defendants. <br>_____ | § § § § § § § § § § § § § § § | Civil Action No. 5:19-CV-1220 |

## NOTICE OF FILING PETITION FOR REMOVAL

**TO:**  Mr. Andrew E. Toscano
Gene Toscano, Inc.
846 Culebra Road, Suite 104
San Antonio, Texas 78201

Please take notice that a verified petition for removal of the above styled and numbered cause from the 407th Judicial District Court of Bexar County, Texas to the United States District Court for the Western District of Texas, San Antonio Division was duly filed this date, in the United States District Court for the Western District of Texas. Copies of such petition for removal are attached hereto. You are advised that the Defendants herein, upon the filing of the petition for removal and a copy of the petition with the Clerk of this Court will have affected this removal in accordance with 28 U.S.C. 1441(e).

Respectfully submitted,

**LAW OFFICES OF CHARLES S. FRIGERIO**
A Professional Corporation
Riverview Towers
111 Soledad, Suite 840
San Antonio, Texas 78205
(210) 271-7877
(210) 271-0602 Telefax


BY: //s// Charles S. Frigerio
    CHARLES S. FRIGERIO
    SBN: 07477500

    HECTOR X. SAENZ
    SBN: 17514850
ATTORNEYS FOR DEFENDANT
**CITY OF LEON VALLEY**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Defendant **CITY OF LEON VALLEY**'s Notice of Removal filed via CM/ECF has been forwarded on this the 11th day of October, 2019 by electronic delivery via CM/ECF and by certified mail to the Non-Participant as set out below:

Mr. Andrew E. Toscano
Gene Toscano, Inc.
846 Culebra Road, Suite 104
San Antonio, Texas 78201    Email: atoscano@genetoscano.com

Mr. Ray Soto
445 W. Quill Drive
San Antonio, Texas 78228    Via Certified Mail R.R.R.

    //s// Charles S. Frigerio
    CHARLES S. FRIGERIO